**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUIS ANDRES MEZA** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO.  26-3659** |
| | : |
| **JAMISON**, *et al.* | : |
| | : |

## **ORDER**

**AND NOW**, this 28th day of May 2026, upon consideration of Luis Andres Meza's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1.      No later than **June 1, 2026**, the government shall file a response to the petition (DI 1).

2.      Pending consideration of the petition, the government **SHALL NOT TRANSFER** petitioner out of the Eastern District of Pennsylvania.  *See Kuprashvili v. Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the status quo).

**MURPHY, J.**