## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS ANDRES MEZA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-3659** |
| | : | |
| **J.L. JAMISON,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 6) of our June 1, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**